# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140056 & (22)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                       SC: 140056
                                       COA: 293951
                                       Oakland CC: 82-056435-FY

CHARLES EDWARD HAMPTON,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 30, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for miscellaneous relief is DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

s0621

                                         Clerk